UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA L. HERFORTH, <br><br> Plaintiff, <br><br> v. <br><br> FORD MOTOR CREDIT COMPANY LLC, <br><br> Defendant. | CIVIL ACTION <br> NO. 1:10-cv-11775-WGY |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a)(1)(ii), Plaintiff Sandra L. Herforth and Defendant Ford Motor Credit Company LLC hereby stipulate that all claims and counterclaims in this action are hereby dismissed with prejudice. Each party shall bear her or its own costs.

/s/ Thomas M. Byrne
Thomas M. Byrne (*pro hac vice*)
Valerie S. Sanders (*pro hac vice*)
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, NE
Atlanta, Georgia 30309-3996
404.853.8000 (ph)

/s/ Elizabeth Ryan
John Roddy, BBO #242420
Elizabeth Ryan, BBO #549632
Melissa Garlick, BBO #676633
RODDY KLEIN & RYAN
727 Atlantic Avenue, 2nd Floor
Boston, MA  02111

| | |
|---|---|
| 404.853.8806 (fax)<br>*tom.byrne@sutherland.com*<br>*valerie.sanders@sutherland.com*<br><br>Michael E. Hager<br>BBO # 216460<br>11 Beacon Street (Suite 1200)<br>Boston, Massachusetts 02108-3016<br>617.723.7133 (ph)<br>617.723.3272 (fax)<br>*mehager75@hotmail.com*<br><br>*Attorneys for Defendant Ford Motor Credit Company LLC* | 617.357.5500 x17 (ph)<br>*roddy@roddykleinryan.com*<br>*ryan@roddykleinryan.com*<br>*garlick@roddykleinryan.com*<br><br>/s/ Elizabeth A. Miller<br>Elizabeth A. Miller, BBO #559347<br>Attorney at Law<br>P.O. Box 66026<br>Auburndale, MA 02466<br>617.467.4335 (ph)<br>*elizabethmiller@comcast.net*<br><br>/s/ Stuart Rossman<br>Stuart Rossman, BBO #430640<br>Charles Delbaum, BBO #543225<br>National Consumer Law Center<br>7 Winthrop Square, 4th Floor<br>Boston, MA 02110<br>617.542.8010 (ph)<br>617.542.8028 (fax)<br>*srossman@nclc.org*<br>*cdelbaum@nclc.org*<br><br>*Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non-registered participants by postage-paid first class mail on April 6, 2011.

*/s/ Elizabeth Ryan*
Elizabeth Ryan

2